BUCHALTER LLP
PHILIP A. SCARBOROUGH (SBN: 254934)
500 Capitol Mall, Suite 1900
Sacramento, CA  95814
Telephone: 916.945.5170
Fax: 916.930.0151
Email:  pscarborough@buchalter.com

Attorneys for Defendant
EOH ACQUISITION GROUP, LLC
D/B/A CAREWELL HEALTH MEDICAL CENTER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED RADIOLOGY AND INTERNATIONAL ASSOCIATES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EOH ACQUISITION GROUP, LLC D/B/A CAREWELL HEALTH MEDICAL CENTER, and DOES 1-20, individuals, <br><br> Defendants. | CASE NO. 2:25-CV-03505-JAM-CSK <br><br> **STIPULATION AND JOINT REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE DEADLINE TO SUBMIT JOINT STATUS REPORT; ORDER** |

Plaintiff Advanced Radiology and International Associates, Inc. ("ARIA") and defendant EOH Acquisition Group, LLC d/b/a Carewell Health Medical Center ("Carewell") jointly stipulate and respectfully request that the Court enter an order extending time for Carewell to respond to the complaint by 14 days, to February 13, 2026, and to continue the deadline for the parties to submit their joint status report by 14 days, to February 24, 2026.  Good cause for the requested extension exists for the following reasons.

ARIA filed this suit on December 4, 2025.  ECF 1.  Carewell was served with the Complaint on December 12, 2025.  ECF 4.  The parties previously filed a stipulation pursuant to Local Rule 144(a) to continue the time for Carewell to respond to the complaint by 28 days, *see* ECF 5, placing Carewell's response deadline on January 30, 2026.  Pursuant to the Court's Order

Requiring Service of Process and Joint Status Report, a joint status report is due on February 10, 2026, sixty days after service of the complaint on Carewell. *See* ECF 3 at 2.

On January 23, 2026, Carewell retained the undersigned counsel for Carewell in connection with this matter. Carewell filed a notice of substitution of counsel on January 27, 2026. *See* ECF 6. In these circumstances, extensions of the deadline to respond to the complaint and of the due date for the joint status report are warranted to allow Carewell's new counsel sufficient time to become familiar with the matter, to prepare a response, and to participate meaningfully in preparation of the joint status report. The parties therefore jointly stipulate and respectfully request that the Court continue the deadline to respond to the complaint and the deadline to file a joint status report by 14 days, to February 13, 2026, and February 24, 2026, respectively.

A proposed order is submitted herewith.

DATED:  January 28, 2026                   BUCHALTER LLP


By:   */s/ Philip A. Scarborough*
            PHILIP A. SCARBOROUGH

Attorneys for Defendant
EOH ACQUISITION GROUP, LLC D/B/A
CAREWELL HEALTH MEDICAL CENTER

DATED:  January 28, 2026                   BELDEN BLAINE RAYTIS, LLP


By:   */s/ T. Todd Egland*
            T. TODD EGLAND

Attorneys for Plaintiff
ADVANCED RADIOLOGY AND
INTERVENTIONAL ASSOCIATES, INC.

BUCHALTER LLP
SACRAMENTO

2

**STIPULATION AND JOINT REQUEST TO EXTEND TIME; ORDER**

BUCHALTER LLP
PHILIP A. SCARBOROUGH (SBN: 254934)
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: 916.945.5170
Fax: 916.930.0151
Email: pscarborough@buchalter.com

Attorneys for Defendant
EOH ACQUISITION GROUP, LLC
D/B/A CAREWELL HEALTH MEDICAL CENTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED RADIOLOGY AND INTERNATIONAL ASSOCIATES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EOH ACQUISITION GROUP, LLC D/B/A CAREWELL HEALTH MEDICAL CENTER, and DOES 1-20, individuals, <br><br> Defendants. | CASE NO. 2:25-CV-03505-JAM-CSK <br><br> **ORDER** |

Plaintiff Advanced Radiology and International Associates, Inc. ("ARIA") and defendant EOH Acquisition Group, LLC d/b/a Carewell Health Medical Center ("Carewell") have jointly stipulated and requested that the Court enter an order extending time for Carewell to respond to the complaint by 14 days, to February 13, 2026, and to continue the deadline for the parties to submit their joint status report by 14 days, to February 24, 2026. Good cause appearing, the request is **GRANTED**.

//

//

//

//

BUCHALTER LLP
SACRAMENTO

3

**STIPULATION AND JOINT REQUEST TO EXTEND TIME; ORDER**

Defendant Carewell shall file a response to the Complaint on or before **February 13, 2026**. The parties shall file their joint status report as outlined in the Court's prior order, *see* ECF 3, on or before **February 24, 2026**.

IT IS SO ORDERED.


Dated: January 29, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

BUCHALTER LLP
SACRAMENTO

**STIPULATION AND JOINT REQUEST TO EXTEND TIME; ORDER**